UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
INDUSTRIAL ENTERPRISES OF AMERICA,
INC.,

                Plaintiff,

- against -

TRINITY BUI and TRINITY FINANCING
INVESTMENTS CORPORATION,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**JUDGE KARAS**

'07 CIV 3734

Civil Action No.

RULE 7.1 STATEMENT OF
PLAINTIFF INDUSTRIAL
ENTERPRISES OF AMERICA,
INC.

RECEIVED
MAY 11 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Industrial Enterprises of America, Inc. ("IEAM"), a non-governmental corporate party, certifies that IEAM has no parent corporation, and there is no publicly-held corporation that owns 10% or more of its stock.

Dated: New York, New York
       May 11, 2007

                                  HOLLAND & KNIGHT LLP

                                  By: /s/ Mitchell J. Geller
                                       Mitchell J. Geller (MG 4160)
                                       Judith R. Nemsick (JN 2810)
                                  195 Broadway
                                  New York, New York 10007
                                  (212) 513-3200

                                  *Attorneys for Plaintiff Industrial*
                                  *Enterprises of America, Inc.*

# 4519731_v1