UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
INDUSTRIAL ENTERPRISES OF           :
AMERICA, INC.,                      :
                                    :     07 Civ. 3734 (KMK) (DCF)
            Plaintiff,              :
                                    :     **STIPULATION AND ORDER**
    - against -                     :
                                    :
                                    :
TRINITY BUI and TRINITY FINANCING   :
INVESTMENTS CORPORATION,            :
                                    :
            Defendants.             :
---------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time of defendants Trinity Bui and Trinity Financing Corporation to answer, move or otherwise respond to the Complaint, dated May 11, 2007, in this action is extended to August 8, 2007.

Dated: New York, New York
       July 16, 2007

LAW OFFICE OF NELSON M. STERN            HOLLAND & KNIGHT LLP

By: _____              By: _____
     Nelson M. Stern                          Mitchell J. Geller
964 Third Avenue, 5th Floor              195 Broadway
New York, New York 10155                 New York, New York 10007
(212) 223-8330                           (212) 513-3200

*Attorneys for Defendants Trinity Bui and Trinity*     *Attorneys for Plaintiff Industrial*
*Financing Investments Corporation*                    *Enterprises of America, Inc.*


SO ORDERED:   July    , 2007


_____
United States District Judge

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.