UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
INDUSTRIAL ENTERPRISES OF          :
AMERICA, INC.,                     :
                                   :   07 Civ. 3734 (KMK) (DCF)
                    Plaintiff,     :
                                   :   **STIPULATION AND ORDER**
         - against –               :
                                   :
                                   :
TRINITY BUI and TRINITY FINANCING  :
INVESTMENTS CORPORATION,           :
                                   :
                    Defendants.    :
------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time of defendants Trinity Bui and Trinity Financing Corporation to answer, move or otherwise respond to the Complaint, dated May 11, 2007, in this action is extended to August 28, 2007.

Dated: New York, New York
       August 7, 2007

| LAW OFFICE OF NELSON M. STERN | HOLLAND & KNIGHT LLP |
|---|---|
| By: _____ | By: _____ |
| Nelson M. Stern | Mitchell J. Geller |
| 964 Third Avenue, 5th Floor | 195 Broadway |
| New York, New York 10155 | New York, New York 10007 |
| (212) 223-8330 | (212) 513-3200 |
| *Attorneys for Defendants Trinity Bui and Trinity Financing Investments Corporation* | *Attorneys for Plaintiff Industrial Enterprises of America, Inc.* |

SO ORDERED:  August     , 2007


_____
United States District Judge

1

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.