UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
INDUSTRIAL ENTERPRISES OF         :
AMERICA, INC.,
                                  :
                                  : 07 Civ. 3734 (KMK) (DCF)
           Plaintiff,             :
vs.                               : **NOTICE OF APPEARANCE**
                                  :
TRINITY BUI and TRINITY FINANCING :
INVESTMENTS CORPORATION,          :
                                  :
           Defendants.            :
----------------------------------------------------------x

     PLEASE TAKE NOTICE, that the defendants TRINITY BUI and TRINITY FINANCING INVESTMENTS CORPORATION, hereby appear in the above entitled action through the attorney identified below.

Dated:  August 21, 2007

          Respectfully Submitted,

          LAW OFFICE OF NELSON M. STERN

          By:  **Nelson M. Stern**
             Nelson M. Stern (NS8646)
          964 Third Ave., 5th Floor
          New York, NY 10155
          (212) 223-8330
          (212) 371-2131 - Facsimile
          Scooterlawyer@aol.com

          *Attorney for Defendants BUI and TFIC*

TO:
Mitchell J. Geller
Holland & Knight, LLP
195 Broadway
New York, NY  10007

H:\NMS\JAB\APPEARANCE.NOT

*Attorney for Plaintiff Industrial
 Enterprises of America, Inc.*

Affirmation of Service

I, the undersigned attorney, declare and state:

I am a citizen of the United States, over the age of eighteen years, and not a party to this action. On the dated stated below, I served the following document on the following persons:

Notice of Appearance


Mitchell J. Geller
Holland & Knight LLP
195 Broadway
New York, NY  10007

*Attorney for Defendants*


__X___BY FIRST CLASS MAIL - I deposited each this day in a sealed envelope with suitable postage in a collection box of the United States Postal Service in New York City.

_____BY FACSIMILE:  I caused said documents to be transmitted by Facsimile machine to the number shown after the address listed above.

I declare and, certify under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this affirmation was executed this date at New York, NY.

Date:  August 21, 2007

**Nelson M . Stern**
_____
Nelson M. Stern

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.

Case 1:07-cv-03734-RJS     Document 7     Filed 08/21/2007     Page 4 of 4