UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INDUSTRIAL ENTERPRISES OF     07 Civ. 3734 (KMK) (DCF)
AMERICA, INC.,

Plaintiff,
vs.

TRINITY BUI and TRINITY FINANCING INVESTMENTS CORPORATION,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PURSUANT TO FEDERAL RULE 7.1 AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF

THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE

UNDERSIGNED COUNSEL FOR __TRINITY BUI and TRINITY FINANCING INVESTMENTS CORPORATIO__

(A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING

ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY

WHICH ARE PUBLICLY HELD.

   None

September 5, 2007                    Nelson M. Stern
DATE: _____
                                      _____
                                      SIGNATURE OF ATTORNEY

FORM SDNY-9
WEB 4/99

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.