UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INDUSTRIAL ENTERPRISES OF
AMERICA, INC.,

                Plaintiff,

    - against --

TRINITY BUI and TRINITY FINANCING
INVESTMENTS CORPORATION,

               Defendants.
------------------------------------------------------------x

07 Civ. 3734 (KMK) (DCF)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time of defendants Trinity Bui and Trinity Financing Corporation to answer, move or otherwise respond to the Complaint, dated May 11, 2007, in this action is extended to August 28, 2007.

Dated: New York, New York
        August 7, 2007

LAW OFFICE OF NELSON M. STERN

By: _____
    Nelson M. Stern
964 Third Avenue, 5th Floor
New York, New York 10155
(212) 223-8330

*Attorneys for Defendants Trinity Bui and Trinity Financing Investments Corporation*

HOLLAND & KNIGHT LLP

By: _____
    Mitchell J. Geller
195 Broadway
New York, New York 10007
(212) 513-3200

*Attorneys for Plaintiff Industrial Enterprises of America, Inc.*

SO ORDERED: August 28, 2007

_____    Nunc pro tunc.
United States District Judge

1