UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9\10\__
```

**Industrial Enterprises of America, Inc.,**

                **Plaintiff,**

-v-

**Trinity Bui, et al,**

                **Defendants.**

Case No. 07-CV- 3734 (KMK)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

      This case has been reassigned to my docket. The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on September 19, 2007 at 3:00pm in the United States Courthouse for the Southern District of New York, Courtroom 21D-500 Pearl Street, New York, New York.

      Plaintiffs' counsel shall notify all parties.

SO ORDERED.

Dated:    September 10, 2007
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE