UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
INDUSTRIAL ENTERPRISES OF              :
AMERICA, INC.,
                                       :
                                       :  07 Civ. 3734 (KMK) (DCF)
              Plaintiff,                :
vs.                                    :  **NEW ADDRESS**
                                       :
TRINITY BUI and TRINITY FINANCING      :
INVESTMENTS CORPORATION,               :
                                       :
              Defendants.              :
--------------------------------------------------------x

Please note the new address for Defendants TRINITY BUI and TRINITY FINANCING

INVESTMENTS CORPORATION's attorney Nelson M. Stern:

630 Third Ave., 18th Floor

New York, NY 10017
(212) 223-8330
(212) 949-1857 - Facsimile
Scooterlawyer@aol.com.

Dated:  New York, New York
September 28, 2007

1

LAW OFFICE OF NELSON M. STERN

By: **Nelson M . Stern**

    Nelson M. Stern (NS8646)
630 Third Ave., 18th Floor
New York, NY 10017
(212) 223-8330
(212) 949-1857 - Facsimile
Scooterlawyer@aol.com

*Attorney for Defendants BUI and TFIC*

And

LEON BAER BORSTEIN
Borstein & Sheinbaum
420 Lexington Avenue, Suite 2920
New York, New York 10170
Tel: (212) 687-1600
Fax: (212) 687-8710
lborstein@aol.com

*Of-Counsel*

TO:
Mitchell J. Geller
Holland & Knight, LLP
195 Broadway
New York, NY  10007

*Attorney for Plaintiff Industrial
 Enterprises of America, Inc.*

2

Affirmation of Service

I, the undersigned attorney, declare and state:

I am a citizen of the United States, over the age of eighteen years, and not a party to this action.  On the dated stated below, I served the following document on the following persons:

Change of address

Mitchell J. Geller
Holland & Knight LLP
195 Broadway
New York, NY  10007

*Attorney for Defendants*


_____BY FIRST CLASS MAIL - I deposited each this day in a sealed envelope with suitable postage in a collection box of the United States Postal Service in New York City.

__x___BY FACSIMILE:  I caused said documents to be transmitted by Facsimile machine to the number shown after the address listed above.

I declare and, certify under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this affirmation was executed this date at New York, NY.

Date:  September 28, 2007

**Nelson M . Stern**
_____
Nelson M. Stern

3

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.