# Holland + Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway. 24th Floor
New York. NY 10007-3189
www.hklaw.com

Mitchell J. Geller
212 513 3483
mitchell.geller@hklaw.com

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

November 1, 2007

BY HAND

Hon. Richard Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

    Re: *Industrial Enterprises of America, Inc. v. Trinity Bui and Trinity Financing Investments Corp.*, No. 07 Civ 3734 (KMK)(DCF)

Dear Judge Sullivan:

    We represent the plaintiff Industrial Enterprises of America, Inc. in the above-referenced action. Per the telephone call this morning among Nelson Stern, defendants' counsel, your law clerk and me, the telephone call scheduled for today at 9:45 am has been adjourned to Friday, November 16, 2007 at 9:45 am.

        Respectfully submitted,

        *Mitchell J. Geller*

        Mitchell J. Geller

cc: Nelson M. Stern, Esq. (By E-Mail)
    Law Office of Nelson M. Stern
    630 Third Avenue, 18th Floor
    New York, New York 10017

SO ORDERED
Dated: _____
RICHARD J. SULLIVAN

# 4898639_v1