11/05/2007  23:16   2127559309   TRINITY   PAGE 02

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07

Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDUSTRIAL ENTERPRISES OF AMERICA, INC.,

    Plaintiff,

  - against –

TRINITY BUI and TRINITY FINANCING
INVESTMENTS CORPORATION,

    Defendants.

No. 07-Civ-3734 (KMK)(DCF) (RJS)

**STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all the parties, that the above-captioned action shall be and is dismissed with prejudice and without costs to any party, pursuant to Rule 41(a), Fed. R. Civ. P.

Dated: New York, New York
      November 6, 2007

HOLLAND & KNIGHT LLP

By: _____
    David D. Howe
    Mitchell J. Geller
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Plaintiff

LAW OFFICE OF NELSON M. STERN

By: _____
    Nelson M. Stern
630 Third Avenue, 18th Floor
New York, New York 10017
(212) 223-8330

Attorneys for Defendants

SO ORDERED:

_____
United States District Judge

11/7/07